UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

    vs.

DEVEION DESHAWNE TERRELL POWELL,
   a.k.a. DEVEION DESHAWN POWELL,

                                   **INDICTMENT**

       Defendant.

_____/

The Grand Jury charges:

Felon in Possession of a Firearm

On or about April 6, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

DEVEION DESHAWNE TERRELL POWELL,
a.k.a. DEVEION DESHAWN POWELL,

knowing that he previously had been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm, which was in and affecting commerce: a loaded Smith & Wesson pistol, model SD40 VE.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A TRUE BILL

___[ /s/ Redacted ]___

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____

CLINT W. WESTBROOK
Assistant United States Attorney